REILLY'S WHOLESALE PRODUCE, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Four Seasons, Defendant–Appellee.

No. 2007–5114.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

DIOMED, INCORPORATED, Plaintiff–Appellee,

v.

ANGIODYNAMICS, INCORPORATED, Defendant–Appellant,

and

Vascular Solutions, Inc., Defendant–Appellant.

Nos. 2007–1474, 2007–1475.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

In re S.V. BABU, Sharath Hegde, and Sunil Chandra Jha.

No. 2008–1025.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

## ORDER

Order Vacated, See 2008 WL 1930700.

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.